DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WELLNESS ASSOCIATES OF FLORIDA, INC.** a/a/o ANDRES CRUZ,
Appellant,

v.

**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-340

[July 29, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 50-2013-SC-006394-XXXX-SB and 50-2019-AP-000174-CAXX-MB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Michelle J. Kane of Kane Lawyers, PLLC, Delray Beach, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***